Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
   KELLY MARIE BARNES

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MARIE BARNES,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18−CV−00611−DMC<br><br>STIPULATION AND ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY KELLY MARIE BARNES |

The parties hereby stipulate and agree this date of December 19, 2018, subject to the Court's approval and order, that Plaintiff's time to file a motion for summary judgment and/or remand be extended 28 days from 12/21/18 to 01/18/19, with all other deadlines likewise extended. This is Plaintiff's <u>first</u> extension of time. There is good cause to extend time and modify the Scheduling Order, ECF No. 5. Due to the size the administrative record, ECF No. 16-1 to 16-18, plaintiff's counsel cannot with diligence meet professional standards in the development and presentation of issues without prejudice to plaintiff within the Scheduling Order's non-case-specific deadlines.

| WEEMS LAW OFFICES | MCGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief Counsel, Region IX, Soc. Sec. Admin.<br>ALLISON J. CHEUNG, Sp. Asst. U.S. Attorney |
|---|---|
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: */s/Allison J. Cheung*<br>ALLISON J. CHEUNG, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant |

**SO ORDERED:**

Dated:  December 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE