Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

KELLY MARIE BARNES,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant

Case No: 2:18-cv-00611-DMC

ORDER FOR EXTENSION OF TIME
[Fed.R.Civ.P. 6]

    WHEREAS, this Court previously granted an extension of time for Plaintiff to file her motion for summary judgment, up to and including January 18, 2019;

    WHEREAS, Plaintiff's Counsel of Record, Robert C. Weems, requires a brief extension of time to finalize plaintiff's motion for summary judgment, having had an unanticipated matter to which he had to personally attend for a client at the Trinity County Superior Court, Weaverville on January 16, 2019, making him temporary unavailable to complete work on the motion due to travel;

    WHEREAS, Defendant's Counsel of Record does not believe that a brief delay to permit Mr. Weems to finalize Plaintiff's motion will prejudice the Commissioner; and,

WHEREAS, Mr. Weems anticipates he can finalize Plaintiff's motion in not more than five (5) calendar days, of which only two (2) are Court days and is not requesting this extension for an improper purpose but to meet his professional obligations to this Court. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir. 1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a 5-day extension of time for Plaintiff to file her motion for summary judgment in this action. The revised due date for the filing of plaintiff's motion for summary judgment is January 23, 2019.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>ALLISON J. CHEUNG<br>Special Assistant United States Attorney |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Allison J. Cheung<br>Allison J. Cheung<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization) |

Given the brief delay in processing this stipulation, and good cause appearing therefor, the date for filing plaintiff's motion for summary judgment is extended to <u>January 31, 2019</u>. IT IS SO ORDERED.

Dated: January 29, 2019

_____
DENNIS M. COTA
U.S. MAGISTRATE JUDGE