MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
    E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KELLY BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00611-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 25, 2019 to March 27, 2019, to respond to Plaintiff's Motion for Summary Judgment (Dkt. No. 20).

This is Defendant's first request for an extension of time. Defendant submits that good cause exists for this extension because counsel requires additional time to review the record, to evaluate the issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to the motion, and to accommodate other workload demands. Defendant's counsel's other workload demands include numerous other district court

cases and other substantive non-litigation matters within the Office of General Counsel. Defendant's counsel will endeavor to complete the response as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff will be extended accordingly.

Respectfully submitted,

Dated: February 21, 2019    WEEMS LAW OFFICES

        By: */s/ Robert C. Weems\**
           Robert C. Weems
           Attorney for Plaintiff
           [*As authorized by email on February 20, 2019]

Dated: February 21, 2019    Respectfully submitted,

           MCGREGOR W. SCOTT
           United States Attorney
           DEBORAH LEE STACHEL
           Regional Chief Counsel, Region IX
           Social Security Administration

        By: */s/ Allison J. Cheung*
           ALLISON J. CHEUNG
           Special Assistant U.S. Attorney
           Attorneys for Defendant

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 22, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE