McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
    E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KELLY BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00611-DMC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Kelly Barnes be awarded attorney fees and expenses in the amount of twelve thousand dollars ($12,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.[1]  This amount

---

[1] A plaintiff normally has 90 days from the issuance of a judgment to file for EAJA fees. *Brown v. Shalala*, 859 F. Supp. 1304, 1307 (E.D. Cal. 1994).  To allow the parties additional time to meet and confer over EAJA fees, the Commissioner waived the statutory, non-jurisdictional deadline so that the parties could engage in settlement negotiations, the result of which is the agreement contained in this stipulation. The parties stipulate and agree that this stipulation is timely filed for purposes of an award of EAJA fees.

Stip. & Prop. Order for EAJA.; 2:18-cv-00611-DMC     1

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff Kelly Barnes, the government will consider the matter of Plaintiff's assignment of EAJA fees to Robert C. Weems. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff Kelly Barnes, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Robert C. Weems, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel Robert C. Weems.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff Kelly Barnes and/or Robert C. Weems, including Weems Law Offices may have relating to EAJA attorney fees in connection with this action.

//
//
//
//
//
//
//
//
//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: December 4, 2019 | */s/ Robert C. Weems* |
| 3 | | (*as authorized via email on December 3, 2019)<br>ROBERT C. WEEMS |
| 4 | | Attorney for Plaintiff |

Dated: December 4, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **IT IS ORDERED** that fees and expenses in the amount of $12,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: December 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE