IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MARIE BARNES,<br><br>                Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No.  2:18-CV-0611-DMC<br><br><br><br>ORDER |

        Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on August 8, 2019.  Pending before the Court is plaintiff's counsel's motion for attorney's fees.  See ECF No. 30.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for September 16, 2020, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and counsel's motion for attorney's fees is submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

Dated:  September 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1